IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRIAN WEGMAN, and
THOMAS HORROM,

    Plaintiffs,

vs.                                       CASE NO.: 6:23-cv-1637-RBD-RMN

THE UNITED STATES SPECIALITY
SPORTS ASSOCIATION, INC.,
DONALD DEDONATIS, III,
RICHARD FORTUNA,
WENDY ANDERSON,
COURTNEY CEO, and
JACOB HORNBACHER,

    Defendants.

## **NOTICE OF APPEARANCE AND DESIGNATION OF EMAIL ADDRESSES**

**NOTICE IS HEREBY GIVEN** that DAWN E. GEORGE, ESQ., of the law firm of Lydecker LLP, hereby enters her appearance as counsel for Defendants, DONALD DEDONATIS, III and JACOB HORNBACHER, ("Defendants") in the above-styled cause.

**NOTICE IS ALSO HEREBY GIVEN**, pursuant to Fla.R.Jud.Adm.2.516(b)(1)(A), of the primary and secondary e-mail addresses for the undersigned counsel of the law firm Lydecker LLP appearing on behalf of the Defendants.

| **Primary e-mail address for counsel** | **Secondary e-mail address** |
|---|---|
| Dawn E. George, Esq.<br>deg@lydecker.com | Wendy Martinez, Legal Assistant<br>wcm@lydecker.com |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRIAN WEGMAN, and
THOMAS HORROM,

    Plaintiffs,

vs.                                            CASE NO.: 6:23-cv-1637-RBD-RMN

THE UNITED STATES SPECIALITY
SPORTS ASSOCIATION, INC.,
DONALD DEDONATIS, III,
RICHARD FORTUNA,
WENDY ANDERSON,
COURTNEY CEO, and
JACOB HORNBACHER,

    Defendants.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 31st day of October, 2023, a true and correct copy of the foregoing has been furnished by Eservice to: **Jon Allen May, Esq.**, **Ameer Gopalani, Esq.**, **Michael Colkov, Esq.,** Attorneys for Plaintiffs [jonmay.criminaldefense@gmail.com; agopalani@volkovlaqw.com; mvolkov@volkov@volkovlaw.com]; **Jillian Strasser, Esq.,** Attorney for Defendants Richard Fortuna, Wendy Anderson, and Courtney Ceo, [jillian.strasser@csklegal.com]; and, **Christopher George Oprison, Esq.**, Attorney for Defendant The USSSA, Inc. [chris.oprison@dlapiper.com], and the original has been filed with the Court.

                                                **LYDECKER, LLP.**
                                                4350 West Cypress Street
                                                Suite 910
                                                Tampa, FL 33607
                                                *Counsel for Defendants,*
                                                *Donald DeDonatis, III, and Jacob Hornbacher*
                                                Telephone No.: (305) 416-3180
                                                Facsimile No.: (305) 416-3190

                      BY:    */s/ Dawn E. George*
                                                DAWN E. GEORGE, ESQ.
                                                Florida Bar No.: 1006408
                                                deg@lydecker.com