# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

BRIAN WEGMAN and THOMAS HORROM,

    Plaintiffs,

v.                                                         Case No. 6:23-cv-1637-RBD-RMN

THE UNITED STATES SPECIALTY SPORTS ASSOCIATION, INC.; DONALD DEDONATIS, III; RICHARD FORTUNA; WENDY ANDERSON; COURTNEY CEO; and JACOB HORNBACHER,

    Defendants.
_____/

## JOINT NOTICE REGARDING DEFENDANT DEDONATIS' SHORT-FORM MOTION FOR ORDER DIRECTING DISCOVERY

Pursuant to the Court's Order Requiring Short-Form Discovery Motions (ECF No. 55, ¶ 9), Defendant The United States Specialty Sports Association ("USSSA") and Defendant DeDonatis hereby certify conferral regarding Defendant DeDonatis' Short-Form Discovery Motion (ECF No. 76) occurred by telephone on Monday, November 27, 2023, and the Parties have been unable to resolve any issue raised in the Motion. USSSA reaffirms its positions in its Opposition to Defendant DeDonatis' Motion (ECF No. 89).

Further, counsel for Mr. DeDonatis consulted with counsel for Plaintiffs and Defendants Fortuna, Anderson, and Ceo by telephone on Monday, November 27, 2023, who had nothing to address.

Dated: November 27, 2023

Respectfully submitted,

| **LYDECKER, LLP** | **DLA PIPER LLP (US)** |
|---|---|
| By: /s/ *E. Taylor George* | By: /s/ *Christopher G. Oprison* |
| E. Taylor George (FBN: 126725) | Christopher G. Oprison, Esq. (FBN: 122080) |
| Dawn E. George (FBN: 1006408) | Jody Arenas Stafford, Esq. (FBN: 1015797) |
| Samara M. Sweet (FBN: 124881) | Jose M. Espinosa, Esq. (FBN: 1030890) |
| Victoria A. Arthington (FBN: 1026136) | 200 South Biscayne Blvd., Ste. 2500 |
| 4350 West Cypress Street | Miami, Florida 33131 |
| Ste. 910 | Tel: 305.423.8522 |
| Tampa, FL 33607 | chris.oprison@dlapiper.com |
| Tel: (305) 416-3180 | jody.stafford@dlapiper.com |
| teg@lydecker.com | jose.espinosa@dlapiper.com |
| deg@lydecker.com | |
| ssweet@lydecker.com | |
| vaa@lydecker.com | |
| | |
| *Counsel for Defendant Donald DeDonatis, III* | *Counsel for Defendant USSSA* |