# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

BRIAN WEGMAN and THOMAS HORROM,

        Plaintiffs,

v.                        Case No. 6:23-cv-1637-RBD-RMN

THE UNITED STATES SPECIALTY SPORTS
ASSOCIATION, INC., DONALD DEDONATIS
III, RICHARD FORTUNA, WENDY
ANDERSON, COURTNEY CEO and JACOB
HORNBACHER,

        Defendants.

| | | | |
|---|---|---|---|
| **United States Magistrate Judge:** | Robert M. Norway | **Courtroom:** | 3C |
| **Deputy Clerk:** | LaDarrius Jernigan | **Counsel for Plaintiff:** | Samuel D. Finkelstein |
| **Court Reporter** | Nikki Peters courttranscripts@outlook.com | **Counsel for Defendant:** | Christopher Oprison Jody Stafford Jillian Strasser Edward Taylor George |
| **Date/Time:** **Total Time:** | February 5, 2024 9:31 A.M.-12:06 P.M. 12:30 P.M.-1:05 P.M. **3 hours, 12 minutes** | | |

## CLERK'S MINUTES
### Evidentiary Hearing (Doc 125)

Case called, appearances made, procedural setting by the Court.
USSSA Ore Tenus Motion for Confidential Order. Motion Granted. Order to be entered.
USSSA calls Craig Scriven, corporate representative for USSSA. Witness placed under oath.
USSSA Joint Exhibits 1-5 are identified and admitted into evidence.
Exhibits to be kept under seal in paper form.
Donald Dedonatis III's attorney Taylor George Cross-Examination of witness.
Testimony concluded.
USSSA calls Jennifer Birmingham, general counsel for USSSA. Witness place under oath.

Testimony concluded.
USSSA calls Whitney Partridge, forensic analyst. Witness placed under oath.
Attorney George Cross-Examination.
USSSA Re-Direct.
Court questions the witness.
Testimony concluded.
Attorney George call Donald Dedonatis III, former USSSA CEO. Witness place under oath.
USSSA Cross-Examination.
Court questions the witness.
Testimony concluded.
USSSA makes argument.
Attorney George makes argument.
USSSA makes rebuttal argument.
Court is in recess. (12:06 P.M.)
Court back in session. (12:30 P.M.)
Court issues ruling as stated on the record.
Order to be entered.
Court adjourned.