UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRIAN WEGMAN; and THOMAS
HORROM,

    Plaintiffs,

v.                                                    Case No. 6:23-cv-1637-RBD-RMN

THE UNITED STATES SPECIALTY
SPORTS ASSOCIATION, INC.;
DONALD DEDONATIS III;
RICHARD FORTUNA; WENDY
ANDERSON; COURTNEY CEO; and
JACOB HORNBACHER,

    Defendants.
_____

## ORDER

Before the Court are Defendants' motions to dismiss. (Docs. 58, 60, 65 ("Motions").) On April 3, 2024, the Court held a hearing on the merits of the Motions with counsel for all parties present. (*See* Doc. 153.) For the reasons articulated in the record, it is **ORDERED AND ADJUDGED**:

    1.    The Motions (Docs. 58, 60, 65) are **GRANTED**.

    2.    Plaintiffs' Amended Complaint (Doc. 19) is **DISMISSED WITHOUT PREJUDICE**.

    3.    By **Wednesday, April 17, 2024**, Plaintiffs may file a second amended complaint addressing the deficiencies identified in the record. Failure

to timely file will result in this action being closed without further notice.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 3, 2024.

ROY B. DALTON, JR.
United States District Judge