# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

BRIAN WEGMAN; and
THOMAS HORROM,

    Plaintiffs,

vs.

THE UNITED STATES
SPECIALTY SPORTS
ASSOCIATION, INC.;
DONALD DEDONATIS III;
RICHARD FORTUNA; and
WENDY ANDERSON,

    Defendants.

Case No.
6:23-cv-1637-RBD-RMN

## **REPORT AND RECOMMENDATION**

This matter is before the Court on Plaintiff's Unopposed Motion for Extension of Time to Complete Discovery and Set New Trial Date (Dkt. 193, the "Motion"), filed on January 17, 2025. The matter has been referred to me to conduct a case management conference, which was conducted with the parties in person on January 31, 2025 (the "Conference"). Dkt. 197.

At the Conference, the parties and I discussed the case and the Plaintiffs' request that all remaining pre-trial and trial deadlines be extended 90 days. I expressed the Court's concern about the status of discovery given the advanced stage of litigation and

reminded that parties that the Court's previous Orders made clear that further requests for extensions of Case Management deadlines may not be viewed favorably. The parties discussed what discovery has been done to-date, what written discovery remains outstanding, and what depositions need to occur. The parties assured the Court that all written discovery will be completed by February 24, 2025, and all planned depositions[1] can be completed by the recommended date of April 1, 2025.

Based on my discussion with the parties, I **RECOMMEND** that the Court **grant the Motion in part and deny in part**. I recommend the Court set a deadline for all written discovery on February 24, 2025. I recommend the Court extend the Discovery Deadline (all remaining discovery except for written discovery and only those depositions as clearly detailed in this Report) until April 1, 2025. The Court should then impose a deadline for Dispositive, Daubert, and all other motions on May 1, 2025. I recommend the Court set this case for a trial term beginning on November 3, 2025.

### Notice to Parties

"Within 14 days after being served with a copy of [a report and recommendation], a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). "A party may respond to another party's objections

---

[1] I recommend the Court only allow the parties to depose the following individuals: Brian Wegman, Thomas Horrom, Donald Dedonatis III, Richard Fortuna, Wendy Anderson, Courtney Ceo, Jacob Hornbacher, Alex Powers, Tim Hanley, Maria Castro, Matt Fasano, Joey Odom, Steve Hassett, Michael Bailey, Bob Egr, Steve Celuch, Kevin Reynolds, Don Cooper, Dalton Brown.

within 14 days after being served with a copy." *Id.* A party's failure to serve and file specific objections to the proposed findings and recommendations alters review by the district judge and the United States Court of Appeals for the Eleventh Circuit, including waiver of the right to challenge anything to which no specific objection was made. *See* Fed. R. Civ. P. 72(b)(3); *see also* 28 U.S.C. § 636(b)(1)(B); 11th Cir. R. 3-1.

**ENTERED** in Orlando, Florida, on January 31, 2025.

_____
ROBERT M. NORWAY
*United States Magistrate Judge*

Copies to:
Counsel of Record