IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRIAN WEGMAN, and
THOMAS HORROM,

    Plaintiffs,

vs.                                CASE NO.: 6:23-cv-1637-RBD-RMN

THE UNITED STATES SPECIALTY
SPORTS ASSOCIATION, INC.,
DONALD DEDONATIS, III,
RICHARD FORTUNA,
WENDY ANDERSON,
COURTNEY CEO, and
JACOB HORNBACHER,

    Defendants.
_____/

## **DEFENDANT DONALD DEDONATIS, III'S NOTICE OF JOINDER**

COMES NOW the Defendant, Donald DeDonatis, III, ("DeDonatis"), by and through undersigned counsel, and hereby adopts and joins in the Motion for Protective Order or, Alternatively, to Quash Third Party Subpoenas (Doc. 219.) filed by Defendant, THE UNITED STATES SPECIALTY SPORTS ASSOCIATION, INC. on March 3, 2025 because the Motion sets forth valid basis for opposing Plaintiffs' subpoenas including violation of this Defendant's privacy and personal interests as set forth within the Motion.

Dated: March 4, 2025

Respectfully submitted,

BY: */s/ Erin L. Centrone*
ERIN L. CENTRONE, ESQ.
FLORIDA BAR NO.: 100189
ecentrone@lydecker.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of March , 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which caused a true and correct copy of the foregoing document to be served on all entitled parties.

**LYDECKER LLP**
4350 West Cypress Street
Suite 910
Tampa, FL 33607
*Counsel for Defendant,*
*Donald DeDonatis, III*
Telephone No.: (813) 443-8424
Facsimile No.: (813) 873-2330

BY: */s/ Erin L. Centrone*
SAMARA M. SWEET, ESQ.
(LEAD COUNSEL)
Florida Bar No.: 124881
ssweet@lydecker.com
VICTORIA A. ARTHINGTON, ESQ.
Florida Bar No.: 1026136
vaa@lydecker.com
ERIN L. CENTRONE, ESQ.
FLORIDA BAR NO.: 100189
ecentrone@lydecker.com