UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case Number: 6:23-cv-1637-RBD-RMN

BRIAN WEGMAN and THOMAS HORROM,

    Plaintiffs,

v.

THE UNITED STATES SPECIALTY SPORTS ASSOCIATION, INC., *et al.*,

    Defendants.

_____/

## **LOCAL RULE 3.09 JOINT NOTICE OF RESOLUTION BY ALL PARTIES**

Pursuant to the Local Rules of the United States District Court for the Middle District of Florida, Local Rule 3.09(a), Plaintiffs Brian Wegman and Thomas Horrom (together, "Plaintiffs") and Defendants the United States Specialty Sports Association, Inc. ("USSSA"), Donald DeDonatis III, Richard Fortuna, and Wendy Anderson (together "Defendants" and collectively, the "Parties") hereby notifies this Court that the parties have resolved this litigation in full. Counsel for the Parties expect to finalize the paperwork supporting the resolution within the next thirty (30) days and ask this Court to retain jurisdiction until final dismissal.

**[BALANCE OF PAGE INTENTIONALLY LEFT BLANK]**

Dated: April 21, 2025

**DLA PIPER LLP (US)**

*/s/ Christopher G. Oprison*
Christopher G. Oprison, Esq.
Florida Bar Number: 122080
chris.oprison@dlapiper.com
Jose M. Espinosa, Esq.
Florida Bar Number: 1030890
jose.espinosa@dlapiper.com
Erin Berhan, Esq.
Florida Bar Number: 1038948
erin.berhan@dlapiper.com
DLA Piper LLP (US)
200 South Biscayne Boulevard
Suite 2500
Miami, Florida 33131
Telephone: (305) 423-8522

*Counsel for Defendant The United States Specialty Sports Association, Inc.*

**COLE, SCOTT & KISSANE, P.A.**

*/s/ Jillian Strasser*
Jillian Strasser, Esq.
Florida Bar Number: 113611
jillian.strasser@csklegal.com
Emma Lee McCarthy, Esq.
Florida Bar Number: 1048504
emma.mccarthy@csklegal.com
Cole, Scott & Kissane, P.A.
222 Lakeview Avenue
Suite 120
West Palm Beach, Florida 33401
Telephone: (561) 683-8977

*Counsel for Defendant Richard Fortuna*

Respectfully submitted,

**THE VOLKOV LAW GROUP PC**

*/s/ Michael Volkov*
Michael Volkov, Esq.
Admitted *pro hac vice*
mvolkov@volkovlaw.com
The Volkov Law Group PC
2805 Racetrack View Drive
Del Mar, California 92014
Telephone: (240) 505-1992

*Counsel for Plaintiffs Brian Wegman and Thomas Horrom*

**LYDECKER LLP**

*/s/ Erin L. Centrone*
Erin L. Centrone, Esq.
Florida Bar Number: 100189
ecentrone@lydecker.com
Lydecker LLP
4350 West Cypress Street
Suite 910
Tampa, Florida 33607
Telephone: (813) 443-8424

Victoria Ann Arthington, Esq.
Florida Bar Number: 1026136
vaa@lydecker.com
Lydecker LLP
390 North Orange Avenue
Suite 1295
Orlando, Florida 32801
Telephone: (352) 317-5839

*Counsel for Defendant Donald DeDonatis III*

| | |
|---|---|
| **LYDECKER LLP** | **FREEMAN MATHIS & GARY, LLP** |
| Samara Mariella Sweet, Esq.<br>Florida Bar Number: 124881<br>ssweet@lydecker.com<br>Lydecker LLP<br>4350 West Cypress Street<br>Suite 910<br>Tampa, Florida 33607<br>Telephone: (727) 507-1023<br><br>*Counsel for Defendant Donald DeDonatis III* | */s/ Catherine Carson-Freymann*<br>Catherine Carson-Freymann, Esq.<br>Florida Bar Number: 418986<br>cathi-carson-freymann@fmglaw.com<br>Todd Justin Murgo, Esq.<br>Florida Bar Number: 1010794<br>todd.murgo@fmglaw.com<br>Freeman Mathis & Gary, LLP<br>2502 North Rocky Point Drive<br>Suite 550<br>Tampa, Florida 33607<br>Telephone: (813) 364-2884<br><br>*Counsel for Defendant Wendy Anderson* |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on April 21, 2025, via email on all counsel of record.

*/s/ Christopher G. Oprison*
Christopher G. Oprison, Esq.
