UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRIAN WEGMAN; and THOMAS
HORROM,

    Plaintiffs,

v.                                        Case No: 6:23-cv-1637-RBD-RMN

THE UNITED STATES SPECIALTY
SPORTS ASSOCIATION, INC.;
DONALD DEDONATIS III; WENDY
ANDERSON; and RICHARD
FORTUNA,

    Defendants.
_____

## ORDER OF DISMISSAL

This cause is before the Court upon the Notice of Settlement filed on April 21, 2025 (Doc. 233), indicating that this case has settled. Accordingly, it is **ORDERED AND ADJUDGED**:

    1.    That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings. The Court declines to retain jurisdiction to enforce the parties' agreement.

2. All pending motions are denied as moot and all deadlines and hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 28, 2025.

ROY B. DALTON, JR.
United States District Judge